■ HYDI TORRES, as Parent and Natural Guardian of ALEXIS CRUZ, an Infant, Respondent, v LOCKPORT HOUSING AUTHORITY, Appellant. (Appeal No. 3.) [879 NYS2d 766]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered August 26, 2008 in a personal injury action. The order denied the motion of defendant to set aside the jury verdict and to grant a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see generally Anderson v House of Good Samaritan Hosp.*, 44 AD3d 135, 137 [2007]). Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.